# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON FRENKEL,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KENNETH H. BAKER,** *et al.*, | : | No. 13-5880 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **4th** day of **November**, **2014**, on consideration of Plaintiff's Application for Default Judgment and accompanying memorandum (Document Nos. 63 and 64), and for the reasons provided in this Court's Memorandum dated November 4, 2014, it is hereby **ORDERED** that:

1. The Court denies default judgment against Baker on Counts I, II, VI, VIII, IX, X, XI, XIV, XV, and XVI.

2. The Court enters default judgment against Webster on Counts I, II, V, VII, VIII, and IX.

3. The Court enters default judgment against Baker Enterprises on Counts I, II, VI, VIII, IX, X, XI, XIV, XV, and XVI.

4. The Court enters default judgment against Baker Group on Counts I, II, VIII, IX, X, XI, XV, and XVI.

5. The Court enters default judgment against New Life Church on Counts X, XI, XV, and XVI and dismisses New Life Church from Counts I, II, VIII, and IX.

6. The Court enters default judgment against Fitzgerald on Counts I, II, VIII, and IX.

7. The Court dismisses Klein from Counts I, II, VIII, and IX.

8. The Court enters default judgment against Kumar on Counts I, VIII, and IX.

9. The Court enters default judgment against E-Title on Counts I, VIII, and IX.

10. The Court enters default judgment against King on Counts X, XI, XV, and XVI.

11. The Court enters default judgment against Four Kings on Counts X, XI, XV, and XVI.

12. On Counts I, II, V, VI, VII, VIII, and IX, Webster, Baker Enterprises, Baker Group, Fitzgerald, Kumar, and E-Title are jointly and severally liable for damages of $250,000, representing the lost Frenkel Funds.

13. On Count VI, Baker Enterprises is additionally liable for $61,541.10 in interest plus $102.74 per diem.

14. On Counts X, XI, XIV, XV, and XVI, Baker Enterprises, Baker Group, New Life Church, King, and Four Kings are jointly and severally liable for $250,000 in damages, representing the lost Sugar Deposit.

15. On Count XIV, Baker Enterprises is additionally liable for $43,150.68 in interest plus $82.19 per diem.

16. On Counts VI and XIV, Baker Enterprises is further liable for $11,515 in attorneys' fees and $92.70 in litigation costs.

BY THE COURT:

**Berle M. Schiller, J.**