IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FRENKEL, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH H. BAKER, *et al.*, | : | No. 13-5880 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **13th** day of **January**, **2015**, on consideration of the Motion to Set Aside Default Judgment and Motion to File Responsive Pleading under Rule 60(b) filed by Defendants Baker Enterprises of Polk County, Inc., The Baker Group, and New Life Church of Wauchula, Inc., and Plaintiff's response thereto, and for the reasons stated in this Court's accompanying Memorandum dated January 13, 2015, it is hereby **ORDERED** that:

1. The motion (Document No. 69) is **DENIED**.

2. Additionally, in light of the Court's recent decision to allow Defendant Kenneth Baker to amend his answer to the First Amended Complaint, Plaintiff's Motion for Summary Judgment (Document No. 71) is **DENIED** without prejudice.

BY THE COURT:

_____
**Berle M. Schiller, J.**