IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FRENKEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH H. BAKER, *et al.*, | : | No. 13-5880 |
| Defendants. | : | |

## ORDER AND JUDGMENT

**AND NOW**, this **14th** day of **April**, **2015**, on consideration of Plaintiff's Motion for Summary Judgment (Document No. 77) and all responses thereto, and for the reasons provided in this Court's Memorandum dated April 14, 2015, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**.

2. On Count VI, final judgment is entered in favor of Leon Frenkel and against Kenneth Baker in the amount of $250,000, representing the lost Frenkel Funds, as well as $78,082.19 in interest plus $102.74 per diem.

3. On Count XIV, final judgment is entered in favor of Leon Frenkel and against Kenneth Baker in the amount of $250,000, representing the lost Sugar Deposit, as well as $56,383.56 in interest plus $82.19 per diem.

4. On Counts VI and XIV, Kenneth Baker is further liable for $23,140 in attorneys' fees and $92.70 in litigation costs.

BY THE COURT:

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**