

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON FRENKEL, | : |
| Plaintiff, | : Civil Action No. 2:13-cv-05880 |
| v. | : |
| KENNETH H. BAKER, *et al.*, | : |
| Defendants. | : |

FILED
JUN - 8 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate to an extension of time until Wednesday, June 10, 2015, for Defendant Kenneth H. Baker to produce all requested discovery documents. Plaintiff and Defendant Baker further agree that Mr. Baker's deposition shall take place on Wednesday, June 17, 2015, in Tampa, Florida.

/s/ Gerard M. McCabe
Maurice R. Mitts, Esquire
Gerard M. McCabe, Esquire
**MITTS LAW, LLC**
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

*Counsel for Plaintiff*

Dated: **June 4, 2015**

/s/ Craig A. Huffman
Craig A. Huffman, Esquire
**SECURUS LAW GROUP, P.A.**
13046 Racetrack Road #243
Tampa, Florida 33626
(888) 914-4144

*Counsel for Defendant Kenneth H. Baker*

ENTERED
JUN - 8 2015
CLERK OF COURT

6/8/15 mailed
Webster Law
Fitzgerald (F1,NY)

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*

6-8-15