*Please docket:*

*"Plaintiff's Request to Terminate Certain Counts"*

# MITTS LAW, LLC

1822 Spruce Street
Philadelphia, Pennsylvania 19103
Tel: (215) 866-0110   Fax: (215) 866-0111

mmitts@mittslaw.com
Direct Phone: 215.866.0112
Direct Fax: 215.866.0113

January 20, 2016

## VIA FACSIMILE 267-299-5073

Honorable Berle M. Schiller, U.S.D.C.
United States Courthouse
601 Market Street, Room 13613
Philadelphia, Pennsylvania 19106

> Re:   **LEON FRENKEL v. KENNETH H. BAKER, *et al.***
>        **No. 2:13-cv-05880-BMS**

Dear Judge Schiller:

This office is counsel to the Plaintiff in the above captioned matter, and I write to confirm my message to your Chambers that we will not be proceeding with the trial on the remaining counts in the above referenced matter.

We thank the Court for your time and accommodations in this matter.

Respectfully submitted,

**MITTS LAW, LLC**

Maurice R. Mitts

MRM/aeg

cc:   Craig A. Huffman, Esquire (via email: craig@securuslawgroup.com)
       Robert W. Muench, Esquire (via email: rwmuench@comcast.net)