IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FRENKEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH H. BAKER, et al., | : | No. 13-5880 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **27th** day of **January, 2016**, upon consideration of Plaintiff's Request to Terminate Certain Counts (Document No. 91), it is hereby **ORDERED** that:

1. The Court dismisses Kenneth H. Baker and Annette Labrie from Counts I, VIII, and IX.

2. The Court dismisses Kenneth H. Baker from Counts II, X, XI, XV, XVI.

3. The Court dismisses Counts III, IV, XII, XIII, XVII, XVIII, XIX, and XX.

4. The Court dismisses Fitzgerald Enterprises, Annette Labrie and Bruce Klein.

5. The Court's previously entered judgments remain in effect.

6. The Clerk of Court is directed to close the case.

BY THE COURT:

_____
**Berle M. Schiller, J.**